TUCKER ELLIS LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY a/s/o Matt Peterson | ) Case No. 3:15-cv-05558-LB |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
| | ) DISMISSAL OF ENTIRE ACTION |
| v. | ) WITH PREJUDICE |
| ELECTROLUX HOME PRODUCTS, INC. | ) |
| Defendants. | ) |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims in this action are hereby dismissed, with prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: November 15 , 2016        By: _____

Honorable Laurel Beeler
United States Magistrate Judge